ELIZABETH M. MURPHY ET AL. *v.* STOP AND
SHOP COMPANIES, INC.
(13585)

DUPONT, C. J., and SCHALLER and HENNESSY, Js.

Submitted on briefs January 6—decision released January 24, 1995

*Dion W. Moore* filed a brief for the appellant (defendant).

*Gerald P. Dwyer* filed a brief for the appellee (named plaintiff).

PER CURIAM. The judgment is affirmed.